IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRAIG ELLIS                                                                     PLAINTIFF

vs.                  Civil Case No. 3:10CV00302 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

### **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 19th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE